IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 1:22-CR-180 (MAD) |
| | ) | | |
| v. | ) | **Information** | |
| | ) | | |
| **KIMBERLY MCPHERSON,** | ) | Violation: | 18 U.S.C. § 1028(a)(7) [Unlawful Possession and Use of a Means of Identification] |
| | ) | | |
| | ) | 1 Count | |
| | ) | | |
| **Defendant.** | ) | County of Offense: | Rensselaer |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Unlawful Possession and Use of a Means of Identification]

Between on or about May 11, 2021 and on or about June 11, 2021, in Rensselaer County in the Northern District of New York, the defendant, **KIMBERLY MCPHERSON** ("**MCPHERSON**"), knowingly possessed and used, without lawful authority, a means of identification of another person with the intent to commit, and in connection with, an unlawful activity that constitutes a felony under state law, and the means of identification was transported in the mail in the course of such possession and use, in that **MCPHERSON**, without lawful authority, and with the intent to commit and in connection with violations of New York State Election Law § 17-132(3) and (8), knowingly possessed and used another person's name in the course of fraudulently obtaining an absentee ballot in that person's name that was mailed to **MCPHERSON's** home, and which **MCPHERSON** thereafter unlawfully filled out and mailed to the Rensselaer County Board of Elections, all in violation of Title 18, United States Code, Section 1028(a)(7), (b)(2)(A), (B).

Dated: June 8, 2022

CARLA B. FREEDMAN
United States Attorney

By: _____
Michael Barnett
Assistant United States Attorney
Bar Roll No. 519140